UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BOURDELAIS,
on behalf of herself and behalf
of all others similarly situated,

    Plaintiff,

v.                                Civil Action No. 3:10cv670

JPMORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC,

    Defendants.

## MOTION TO DISMISS COUNTS ONE, TWO AND THREE OF THE AMENDED CLASS COMPLAINT

Defendants, JPMorgan Chase Bank, N.A. and Chase Home Finance, LLC ("Chase"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss the Counts One, Two and Three of the Amended Class Complaint filed by Plaintiff, Michelle Bourdelais, for the reasons set forth in its accompanying memorandum in support filed simultaneously herewith.

WHEREFORE, Defendant Chase, by counsel, respectfully requests that the Court: (1) grant its motion to dismiss; (2) dismiss Counts One, Two and Three of the Amended Class Complaint; (3) award Chase its costs and expenses incurred herein; and (4) award Chase such further relief as the Court deems appropriate.

**JPMORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC**


By:/s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for JPMorgan Chase Bank, N.A. and
    Chase Home Finance, LLC*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

    Nancy R. Thomas *(Admitted Pro Hac Vice)*
    *Attorney for JPMorgan Chase Bank, N.A. and
    Chase Home Finance, LLC*
    MORRISON & FOERSTER LLP (CA-NA)
    555 West Fifth Street, Suite 3500
    Los Angeles, CA 90013
    Telephone: (213) 892-5561
    Facsimile: (213) 892-5454
    Email: nthomas@mofo.com

    Timothy A. O'Brien *(Admitted Pro Hac Vice)*
    *Attorney for JPMorgan Chase Bank, N.A. and
    Chase Home Finance, LLC*
    MORRISON & FOERSTER LLP (DC-NA)
    2000 Pennsylvania Ave NW, Suite 6000
    Washington, DC 20006-1888
    Telephone: (202) 887-1571
    Facsimile: (202) 887-0763
    Email: tobrien@mofo.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2011, I electronically filed the foregoing Motion to Dismiss Counts One, Two and Three of the Amended Class Complaint with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

>Leonard A. Bennett, Esq.
>Robin A. Abbott, Esq.
>Gary L. Abbott, Esq.
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 201
>Newport News, VA 23606
>Telephone: 757-930-3660
>Facsimile: 757-930-3662
>
>*Counsel for Plaintiff*

>/s/ David N. Anthony
>David N. Anthony
>Virginia State Bar No. 31696
>*Attorney for JPMorgan Chase Bank, N.A. and Chase Home Finance, LLC*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone No.: (804) 697-5410
>Facsimile No.: (804) 698-5118
>Email: david.anthony@troutmansanders.com

2008130v3