IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELLE BOURDELAIS<br>On her own behalf and on behalf of<br>all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A.<br>and CHASE HOME FINANCE, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 3:10CV670–HEH<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**
(Granting in Part and Denying in Part Defendants' Motion to Dismiss Counts One,
Two and Three of the Amended Class Complaint)

THIS MATTER is before the Court on Defendants' Motion to Dismiss Counts One, Two and Three of the Amended Class Complaint (Dk. No. 14), filed on January 7, 2011. For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion is hereby GRANTED IN PART and DENIED IN PART. Counts One and Two of the Amended Class Complaint are hereby DISMISSED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 1, 2011
Richmond, VA