**CIVIL NON-JURY TRIAL OR MOTION HEARING**  Date: August 9, 2011
**MINUTE SHEET**

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>Michelle Bourdelais<br>          v.<br>JPMorgan Chase Bank, N.A., et al. | CASE NO:  3:10CV00670-HEH<br><br>JUDGE:  HUDSON<br><br>COURT REPORTER:  LISCIO, OCR |

MATTER ON FOR: ( ) BENCH TRIAL    ( ) MOTION HEARING    ( **X** ) OTHER:   Status Hearing

APPEARANCES:    Parties by counsel

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )     SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )        ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION  ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )
CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

**ADDITIONAL NOTATIONS:**

Matter came on for Status Hearing.
Counsel heard.
Jury Trial set for January 25, 2012 at 9:30 AM.

_____
Counsel for Plaintiff(s):

• Leonard A. Bennett, Esq.
_____
Counsel for Defendant(s):

• David N. Anthony, Esq.
_____

SET:   11:00 a.m.      BEGAN:  11:08 a.m.      ENDED:  11:21 a.m.           TIME IN COURT:   0:13