UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**
on behalf of herself and on behalf
of all others similarly situated,

       Plaintiff,

v.                                                                                Civil Action No. 3:10cv670

**JPMORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC,**

       Defendant.

**MOTION FOR LEAVE TO AMEND THE COMPLAINT**

COMES NOW the Plaintiff on behalf of herself and all others similarly situated and moves the court for leave to amend her Complaint pursuant to Fed. R. Civ. P. 15(a)(2). In support of her motion, she supplies the accompanying Memorandum of Law and Second Amended Complaint.

Respectfully submitted,

**MICHELLE BOURDELAIS,**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
lenbennett@cox.net

## CERTIFICATE OF SERVICE

       I hereby certify that on this 26th day of September, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

Nancy Renee Thomas
Morrison & Foerster, LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013
E-mail: nthomas@mofo.com

Timothy A. O'Brien
Morrison & Foerster, LLP
2000 Pennsylvania Avenue NW
Suite 6000
Washington, DC 20006-1888
E-mail: tobrien@mofo.com

                                       /s/
                                Leonard A. Bennett, Esq.
                                VSB #37523
                                Attorney for Plaintiff
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                12515 Warwick Boulevard, Suite 100
                                Newport News, Virginia 23606
                                (757) 930-3660 - Telephone
                                (757) 930-3662 – Facsimile
                                lenbennett@cox.net