# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**MICHELLE BOURDELAIS,**
**on behalf of herself and on behalf**
**of all others similarly situated,**

       **Plaintiff,**

v.                                                    Civil Action No. 3:10cv670

**JPMORGAN CHASE BANK, N.A.**
**and CHASE HOME FINANCE, LLC,**

       **Defendant.**

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR LEAVE TO AMEND THE COMPLAINT

This matter is before the Court on Plaintiff's motion for leave to file a Second Amended Complaint. Having considered the matter, and deeming it otherwise proper and just to do so, it is hereby ORDERED

    (1)    Plaintiff's motion for leave to amend is GRANTED;

    (2)    The Second Amended Complaint shall be deemed FILED.

It is so ORDERED.


Enter:_____

                                                                 United States District Judge