UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BOURDELAIS,
on behalf of herself and behalf
of all others similarly situated,

      Plaintiff,

v.                                  Civil Action No. 3:10cv670

JPMORGAN CHASE & CO.,
  d/b/a CHASE HOME FINANCE, LLC,

      Defendant.

## AGREED ORDER

CAME NOW Defendant, JPMorgan Chase & Co. d/b/a Chase Home Finance, LLC ("Chase"), by counsel, upon its Motion to Clarify the Time for Defendant, Chase, to file responsive pleadings to the Third Amended Class Complaint filed by Plaintiff, Michelle Bourdelais following the remand of this case from an MDL.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Michelle Bourdelais and Chase, it is hereby,

ORDERED, ADJUDGED and DECREED that Chase's Motion to Clarify the Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Chase shall be GRANTED until on or before June 8, 2012 to file its responsive pleadings, including its Answer, to the Third Amended Class Complaint filed by Michelle Bourdelais.

The Clerk is directed to send a copy of this Order to counsel of record.

2152659v1

ENTERED this **11** day of May, 2012.

_____
United States District Court Judge

WE ASK FOR THIS:

_____
David N. Anthony
Virginia State Bar No. 31696
*Attorney for JPMorgan Chase & Co. d/b/a Chase
Home Finance, LLC*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-5410
Facsimile:  (804) 698-5118
Email: david.anthony@troutmansanders.com

SEEN AND AGREED:

_____
Leonard A. Bennett, Esq.
Virginia State Bar No. 37523
*Counsel for Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone:  757-930-3660
Facsimile:  757-930-3662
Email: lenbennett@cox.net