IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**MICHELLE BOURDELAIS,**
 *(formerly Michelle Durniak),*

      **Plaintiff,**

v.               Civil No. 3:10-cv-00670-HEH

**J.P. MORGAN CHASE BANK, NA,**

**and**

**CHASE HOME FINANCE, LLC,**

    **Defendants.**

### PLAINTIFF'S CONSENT MOTION TO CONSOLIDATE RELATED CASES

  COMES NOW the Plaintiff, MICHELLE BOURDELAIS, by counsel, with the Consent of Defendants, by counsel, pursuant to Fed. R. Civ. P. 42, she moves the Court to consolidate the instant case and *Michelle Bourdelais, (formerly known as Michelle Durniak) v. J.P. Morgan Chase Bank, N.A. and Chase Home Finance, LLC.*- 3:12-cv-00413-HEH, for all purposes and for the reasons set forth in the Memorandum of Law filed contemporaneously herewith.

  A Consent Order has been forwarded to Defendants' counsel for endorsement and will be submitted to the Court forthwith.

Respectfully submitted,

**MICHELLE BOURDELAIS**

_____/s/_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan M. Rotkis, Esq.
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

                                                                                                      /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

3