UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**
*Formerly Michelle Durniak*,

       **Plaintiff,**

v.                                              Civil Action No. 3:10cv670

**J.P. MORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC,**

       **Defendants.**

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, **MICHELLE BOURDELAIS,** by counsel, with the Consent of Defendants, by counsel, and hereby moves this court for leave to amend her Complaint pursuant to Fed. R. Civ. P. 15(a)(2). In support of her motion, she supplies the accompanying Memorandum of Law and her Fourth Amended Complaint.

A Consent Order has been forwarded to Defendants' counsel for endorsement and will be submitted to the Court forthwith.

                                              Respectfully submitted,

                                              **MICHELLE BOURDELAIS**

                                                     /s/
                                              Leonard A. Bennett, Esq.
                                              VSB #37523
                                              Attorney for Plaintiff
                                              CONSUMER LITIGATION
                                              ASSOCIATES, P.C.
                                              763 J. Clyde Morris Blvd. Suite 1A
                                              Newport News, VA 23601
                                              (757) 930-3660 – Telephone
                                              (757) 930-3662 – Facsimile
                                              E-mail: lenbennett@cox.net

        Susan M. Rotkis, Esq.
        VSB #40693
        Attorney for Plaintiff
        CONSUMER LITIGATION
        ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd. Suite 1A
        Newport News, VA 23601
        (757) 930-3660 – Telephone
        (757) 930-3662 – Facsimile
        E-mail: srotkis@clalegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

        /s/
        Leonard A. Bennett, Esq.
        VSB #37523
        Attorney for Plaintiff
        CONSUMER LITIGATION
        ASSOCIATES, P.C.
        763 J. Clyde Morris Blvd. Suite 1A
        Newport News, VA 23601
        (757) 930-3660 - Telephone
        (757) 930-3662 – Facsimile
        E-mail: lenbennett@cox.net