**EXHIBIT 9**

# Making Home Affordable Program
## Request For Modification and Affidavit (RMA)

MAKING HOME AFFORDABLE.GOV

| REQUEST FOR MODIFICATION AND AFFIDAVIT (RMA)  page 1 | COMPLETE ALL THREE PAGES OF THIS FORM |

▶ Loan I.D. Number_____  ▶ Servicer _____

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's name | Co-borrower's name |
| Social Security number            Date of birth | Social Security number            Date of birth |
| Home phone number with area code | Home phone number with area code |
| Cell or work number with area code | Cell or work number with area code |

| I want to: | ☐ Keep the Property | ☐ Sell the Property | |
|---|---|---|---|
| The property is my: | ☐ Primary Residence | ☐ Second Home | ☐ Investment |
| The property is: | ☐ Owner Occupied | ☐ Renter Occupied | ☐ Vacant |

Mailing address

Property address (if same as mailing address, just write same)       E-mail address

| Is the property listed for sale? ☐ Yes ☐ No<br>Have you received an offer on the property? ☐ Yes ☐ No<br>Date of offer _____ Amount of offer $_____<br>Agent's Name: _____<br>Agent's Phone Number: _____<br>For Sale by Owner? ☐ Yes ☐ No | Have you contacted a credit-counseling agency for help ☐ Yes ☐ No<br>If yes, please complete the following:<br>Counselor's Name: _____<br>Agency Name: _____<br>Counselor's Phone Number: _____<br>Counselor's E-mail: _____ |
|---|---|
| Who pays the real estate tax bill on your property?<br>☐ I do  ☐ Lender does  ☐ Paid by condo or HOA<br>Are the taxes current? ☐ Yes ☐ No<br>Condominium or HOA Fees ☐ Yes ☐ No $_____<br>Paid to: _____ | Who pays the hazard insurance premium for your property?<br>☐ I do  ☐ Lender does  ☐ Paid by Condo or HOA<br>Is the policy current? ☐ Yes ☐ No<br>Name of Insurance Co.: _____<br>Insurance Co. Tel #: _____ |

Have you filed for bankruptcy? ☐ Yes ☐ No   If yes:  ☐ Chapter 7  ☐ Chapter 13   Filing Date: _____
Has your bankruptcy been discharged?   ☐ Yes ☐ No         Bankruptcy case number _____

Additional Liens/Mortgages or Judgments on this property:

| Lien Holder's Name/Servicer | Balance | Contact Number | Loan Number |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## HARDSHIP AFFIDAVIT

I (We) am/are requesting review under the Making Home Affordable program.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| ☐ My household income has been reduced. For example: unemployment, underemployment, reduced pay or hours, decline in business earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
|---|---|
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |

☐ Other:

Explanation (continue on back of page 3 if necessary): _____

page 1 of 3 ▶

## INCOME/EXPENSES FOR HOUSEHOLD[1]

Number of People in Household: _____

| Monthly Household Income | | Monthly Household Expenses/Debt | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ | First Mortgage Payment | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Payment | $ | Checking Account(s) | $ |
| Child Support / Alimony / Separation[2] | $ | Insurance | $ | Savings/ Money Market | $ |
| Social Security/SSDI | $ | Property Taxes | $ | CDs | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | Credit Cards / Installment Loan(s) (total minimum payment per month) | $ | Stocks / Bonds | $ |
| Tips, commissions, bonus and self-employed income | $ | Alimony, child support payments | $ | Other Cash on Hand | $ |
| Rents Received | $ | Net Rental Expenses | $ | Other Real Estate (estimated value) | $ |
| Unemployment Income | $ | HOA/Condo Fees/Property Maintenance | $ | Other _____ | $ |
| Food Stamps/Welfare | $ | Car Payments | $ | Other _____ | $ |
| Other (investment income, royalties, interest, dividends etc.) | $ | Other _____ | $ | Do not include the value of life insurance or retirement plans when calculating assets (401k, pension funds, annuities, IRAs, Keogh plans, etc.) | |
| Total (Gross Income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

### INCOME MUST BE DOCUMENTED

[1] Include combined income and expenses from the borrower and co-borrower (if any). If you include income and expenses from a household member who is not a borrower, please specify using the back of this form if necessary.
[2] You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.

### INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |

### To be completed by interviewer

| This request was taken by: | Interviewer's Name (print or type) & ID Number | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Signature          Date<br><br>Interviewer's Phone Number (include area code) | |

## ACKNOWLEDGEMENT AND AGREEMENT

*In making this request for consideration under the Making Home Affordable Program, I certify under penalty of perjury:*

1. That all of the information in this document is truthful and the event(s) identified on page 1 is/are the reason that I need to request a modification of the terms of my mortgage loan, short sale or deed-in-lieu of foreclosure.
2. I understand that the Servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements and may require me to provide supporting documentation. I also understand that knowingly submitting false information may violate Federal law.
3. I understand the Servicer will pull a current credit report on all borrowers obligated on the Note.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my home.
5. That: my property is owner-occupied; I intend to reside in this property for the next twelve months; I have not received a condemnation notice; and there has been no change in the ownership of the Property since I signed the documents for the mortgage that I want to modify.
6. I am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.
7. I understand that the Servicer will use the information in this document to evaluate my eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me assistance based solely on the statements in this document.
8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.
9. I understand that the Servicer will collect and record personal information, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I understand and consent to the disclosure of my personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD-certified housing counselor.

▶ _____    _____
Borrower Signature                              Date

▶ _____    _____
Co-Borrower Signature                           Date

### HOMEOWNER'S HOTLINE

*If you have questions about this document or the modification process, please call your servicer.*

*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*


888-995-HOPE
Homeowner's HOPE™ Hotline

### NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to Lender in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.