UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BOURDELAIS,
*Formerly Michelle Durniak,*

        Plaintiff,

v.                                                  Civil Action No. 3:10cv670

J.P. MORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC,

        Defendants.

## CONSENT ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

This matter is before the Court on Plaintiff's Motion for leave to file a Fourth Amended Complaint. Having considered the matter, and deeming it otherwise proper and just to do so, it is hereby ORDERED

    (1)    Plaintiff's motion for leave to amend is GRANTED;

    (2)    The Fourth Amended Complaint shall be deemed FILED. It is so ORDERED.

Enter this _____ day of August, 2012.

                                                                          _____
                                                                          United States District Court Judge

We ask for this:

_____
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

Susan M. Rotkis, Esq.
VSB #40693
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd. Suite 1A
Newport News, VA 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com


Seen and agreed:

_____
David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com