UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MICHELLE BOURDELAIS**,<br><br>      **Plaintiff,**<br><br>v.<br><br>**JPMORGAN CHASE BANK, N.A.**<br>**and CHASE HOME FINANCE, LLC,**<br><br>      **Defendants.** | Civil Action No. 03:10-cv-670 (HEH) |

### DEFENDANT'S MOTION TO DISMISS COUNTS ONE, FIVE, AND SIX

Defendant JPMorgan Chase Bank, N.A. ("Chase"),[1] by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), moves for entry of an order dismissing Counts One, Five, and Six in plaintiff's Fourth Amended Complaint, for the reasons set forth in the accompanying memorandum in support filed simultaneously herewith.

---

[1] Plaintiff named Chase Home Finance, LLC as a defendant in this action. On May 1, 2011, however, Chase Home Finance, LLC merged into JPMorgan Chase Bank, N.A., and as a result, Chase Home Finance, LLC ceased to exist as a legal entity.

WHEREFORE, defendant Chase, by counsel, respectfully requests that the Court: (1) grant its motion to dismiss; (2) dismiss Counts One, Five, and Six in plaintiff's Fourth Amended Complaint; (3) award Chase its costs and expenses incurred herein; and (4) award Chase such further relief as the Court deems appropriate.

Dated: September 5, 2012　　　　　　　　　Respectfully submitted,

**JPMORGAN CHASE BANK, N.A.**

By: 　*/s/ David N. Anthony*
　　　David N. Anthony
　　　Virginia State Bar No. 31696
　　　*Attorney for JPMorgan Chase Bank, N.A.*
　　　TROUTMAN SANDERS LLP
　　　1001 Haxall Point
　　　Richmond, Virginia 23219
　　　Telephone: (804) 697-5410
　　　Facsimile: (804) 698-5118
　　　Email:david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2012, I electronically filed the foregoing Defendant's Motion to Dismiss Counts One, Five, and Six with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following

    Leonard A. Bennett, Esq.
    Robin A. Abbott, Esq.
    Gary L. Abbott, Esq.
    Susan Mary Rotkis, Esq.
    CONSUMER LITIGATION ASSOCIATES, P.C.
    763 J Clyde Morris Boulevard, Suite 1A
    Newport News, VA 23601
    Telephone: 757-930-3660
    Facsimile: 757-930-3662
    Email: lenbennett@clalegal.com
    Email: rabbottlaw@msn.com
    Email: garyabbott9@msn.com
    Email: srotkis@clalegal.com
    *Counsel for Plaintiff*

    /s/ David N. Anthony
    David N. Anthony
    Virginia State Bar No. 31696
    *Attorney for JPMorgan Chase Bank, N.A.*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com