IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BOURDELAIS, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:10CV670
)
JPMORGAN CHASE BANK, N.A. )
and CHASE HOME FINANCE, LLC, )
)
Defendant. )

ORDER
(Granting Defendants' Motion for an Extension of Time)

THIS MATTER is before the Court on Defendants' Motion for an Extension of Time (ECF No. 58), filed on October 17, 2012. Defendants seek an extension of time to file their Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss Counts One, Five, and Six (ECF No. 55). Upon due consideration, and it appearing appropriate to do so, the Motion is GRANTED. Defendants are HEREBY ORDERED to reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss Counts One, Five, and Six on or before October 24, 2012.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

/s/
John A. Gibney
United States District Judge

Date: 10/22/12
Richmond, VA