IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**
 (*formerly Michelle Durniak*),

                **Plaintiff,**

v.                                                    CIVIL NO. 3:10-cv-00670-HEH

**J.P. MORGAN CHASE BANK, NA,**

**and**

**CHASE HOME FINANCE, LLC,**

                **Defendants.**

### PLAINTIFF'S SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES

      COMES NOW the Plaintiff, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and makes the following supplemental disclosures to Defendants.

**II. Description of documents in possession of the Plaintiff.**

      Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following documents in her possession and control:

      Plaintiff's Bate Stamp Nos. 001664 – 001846 – *Plaintiff's counsel will forward Plaintiff's Bate Stamped Exhibits under separate cover*

| Document Type | Bate Stamp # |
| --- | --- |
| Trans Union Production per Subpoena – Declaration of Custodian of Records and TU1 – TU 181 | 001664 - 001846 |

      Plaintiff reserves the right to further supplement these disclosures.

1

**MICHELLE BOURDELAIS,**

    /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 11th day of December, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

Nancy Renee Thomas
Morrison & Foerster, LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013
E-mail: nthomas@mofo.com

    /s/
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com