

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

MICHELLE BOURDELAIS,

    Plaintiff

v.                                        CIVIL NO. 3:10CV670-HEH

JP MORGAN CHASE, N.A.,
et al.,

    Defendants.

### ORDER GRANTING PLAINTIFF'S CONSENT MOTION
### FOR EXTENSION OF TIME TO DESIGNATE AN EXPERT

Before the Court is the Plaintiff's Consent Motion for Extension of Time to Designate an Expert. Having considered the matter, and deeming it proper and just to do so, it is hereby ORDERED that

    (1)    the Plaintiff's motion is GRANTED;

    (2)    the Plaintiff shall file her expert designation no later than 12/14/2012;

    (3)    the Defendant shall file its expert designation no later than 1/14/2013.

    (4)    Expert rebuttal shall be filed no later than 1/24/2013.

It is so ORDERED.

Enter: Dec 11, 2012

                                                  /s/
                                        Henry E. Hudson
                                        United States District Judge

We ask for this:

*Susan Rotkis* (signature)

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601

1

(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com

*Counsel for Plaintiff*

Seen and Agreed:

_____
David N. Anthony, VSB #31696
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA  23210
Email: david.anthony@troutmansanders.com