IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**
  *(formerly Michelle Durniak),*

        **Plaintiff,**

v.                                    CIVIL NO. 3:10-cv-00670-HEH

**J.P. MORGAN CHASE BANK, NA,
and CHASE HOME FINANCE, LLC,**

        **Defendants.**

### PLAINTIFF'S 26(A)(2) EXPERT WITNESS DISCLOSURE AND DESIGNATION

COMES NOW the Plaintiff, **MICHELLE BOURDELAIS**, by counsel, and discloses the following Expert Witness to testify at trial:

    Evan D. Hendricks
    P.O. Box 302
    Cabin John, MD 20818
    (301) 229 7002 - Telephone

The opinions, qualifications, basis for the opinions and other disclosures required by F.R.C.P. 26(a)(2) are contained in the Plaintiff's Rule 26(a)(2) Expert Witness Report attached to this Designation.

                                              Respectfully submitted,

                                              **MICHELLE BOURDELAIS,**

                                              /s/
                                          Leonard A. Bennett, Esq.
                                          VSB #37523
                                          Attorney for Plaintiff
                                          CONSUMER LITIGATION ASSOCIATES, P.C.
                                          763 J. Clyde Morris Boulevard, Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660 - Telephone
                                          (757) 930-3662 – Facsimile
                                          E-mail: lenbennett@cox.net

>Susan Rotkis, Esq. VSB #40639
>CONSUMER LITIGATION ASSOCIATES, P.C.
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, Virginia 23601
>(757) 930-3660 - Telephone
>(757) 930-3662 – Facsimile
>E-mail: srotkis@clalegal.com

>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th[h] day of December 2012, I will file the foregoing Disclosure electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com


Nancy Renee Thomas
Morrison & Foerster, LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013
E-mail:  nthomas@mofo.com


>_____/s/_____
>LEONARD A. BENNETT, VSB#37523
>CONSUMER LITIGATION  ASSOCIATES, P.C.
>Attorney for Plaintiff
>763 J. Clyde Morris Boulevard, Suite 1-A
>Newport News, Virginia 23601
>(757) 930-3660 - Telephone
>(757) 930-3662 – Facsimile
>Email:  lenbennett@clalegal.com