EXHIBIT 1

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**MICHELLE BOURDELAIS,**
on behalf of herself and behalf
of all others similarly situated,

    Plaintiff,

v.                                                         Civil Action No. 3:10-cv-670

**JPMORGAN CHASE BANK, NA,**

and

**CHASE HOME FINANCE, LLC,**

    Defendants.

## AGREED ORDER

CAME NOW Defendants, JPMorgan Chase Bank, N.A. and Chase Home Finance, LLC (collectively, "JPMorgan Chase"), by counsel, upon its Consent Motion to Amend the Court's Scheduling Order to Extend the Discovery Cut-Off and the Deadline to Raise Discovery-Related issues.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, Michelle Bourdelais, it is hereby,

ORDERED, ADJUDGED, and DECREED that JPMorgan Chase's Consent Motion to Amend the Court's Scheduling Order to Extend the Discovery Cut-Off and the Deadline to Raise Discovery-Related issues be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that the discovery cut-off be extended to January 29, 2013, and it is further,

ORDERED, ADJUDGED, and DECREED that the deadline for raising any discovery-related issues be extended to January 24, 2013.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this ____ day of December, 2012.

_____
United States District Court Judge

| WE ASK FOR THIS: | SEEN AND AGREED: |
|---|---|
| David N. Anthony<br>Virginia State Bar No. 31696<br>*Attorney for JPMorgan Chase & Co. d/b/a Chase Home Finance, LLC*<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone: (804) 697-5410<br>Facsimile: (804) 698-5118<br>Email: david.anthony@troutmansanders.com | Leonard Anthony Bennett<br>Virginia State Bar No. 37523<br>*Counsel for Plaintiff*<br>CONSUMER LITIGATION ASSOCIATES PC<br>763 J Clyde Morris Boulevard, Suite 1A<br>Newport News, VA 23601<br>Telephone: 757-930-3660<br>Facsimile: 757-930-3662<br>Email: lenbennett@clalegal.com |

20238948v1