UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**

**Plaintiff,**

v.                                          Civil Action No. 3:10-cv-670

**JPMORGAN CHASE BANK, NA,**
**and**
**CHASE HOME FINANCE, LLC,**

**Defendants.**

AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
MOTION FOR PROTECTIVE ORDER *ON PRIVILEGED DOCUMENTS* BY CHASE
HOME FINANCE, LLC, JPMORGAN CHASE BANK, N.A. (Docket No. 74)

COMES NOW Plaintiff, Michelle Bourdelais, by counsel, with the agreement and consent of Defendants, JPMorgan Chase Bank, N.A. and Chase Home Finance, LLC (collectively, "JPMorgan Chase"), by counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A) she moves for leave to respond to Defendants' pending Motion for Protective Order **for an additional week, seven (7) calendar days from December 28, 2012 to January 4, 2013**. The Parties have continued in the dual-tract process of meeting and conferring regarding Defendants' discovery response and objections, and with settlement negotiations. Furthermore, the Plaintiffs' response date comes at a time during which Plaintiff's counsel remains limited in resources because of holiday closures.

Defendants have agreed and consented.

Respectfully submitted,

**MICHELLE BOURDELAIS,**

                     /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of December 2012, I will file the foregoing Disclosure electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: david.anthony@troutmansanders.com

 Nancy Renee Thomas
Morrison & Foerster, LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013
E-mail: nthomas@mofo.com

                     /s/
LEONARD A. BENNETT, VSB#37523
CONSUMER LITIGATION ASSOCIATES, P.C.
Attorney for Plaintiff
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com