IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MICHELLE BOURDELAIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10CV670 |
| ) | |
| JPMORGAN CHASE BANK, N.A. ) | |
| and CHASE HOME FINANCE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER
(Granting Agreed Motion for Enlargement of Time to Respond)

THIS MATTER is before the Court on Plaintiff's Agreed Motion for Enlargement of Time to Respond to Motion for Protective Order on Privileged Documents by Chase Home Finance, LLC, JPMorgan Chase Bank, N.A. (ECF No. 78), filed on December 28, 2012. Plaintiff seeks leave to respond to Defendants' pending Motion for Protective Order for an additional week, from December 28, 2012 to January 4, 2013. Upon due consideration, and it appearing appropriate to do so, the Motion is GRANTED. Plaintiff is HEREBY ORDERED to reply to Defendants' Motion for Protective Order on Privileged Documents on or before January 4, 2013.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 1/2/13
Richmond, VA