IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MICHELLE BOURDELAIS,**
 (formerly Michelle Durniak),

                **Plaintiff,**

v.                                                    CIVIL NO. 3:10-cv-00670-HEH

**J.P. MORGAN CHASE BANK, NA,**

and

**CHASE HOME FINANCE, LLC,**

                **Defendants.**

**PLAINTIFF'S SECOND SUPPLEMENTAL F.R.C.P. 26(a)(1) DISCLOSURES**

       COMES NOW the Plaintiff, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), and makes the following supplemental disclosures to Defendants.

**I. Individuals likely to have discoverable information**

       54.    Steve Newnom, Trans Union, 2 Baldwin Place, 1510 Chester Pike, Crum Lynne, PA 19022 - All facts regarding the Plaintiff's Trans Union Credit Reports, disputes, ACDV, Investigation Results and the documents produced pursuant to Subpoena in this matter.

       55.    Ace Christian Caraan – Chase ACDV Operator, - All facts regarding the ACDV received from Trans Union on or about June 8, 2010 and the response generated as a result of the investigation performed.

       56.    Teresa Iwanski, Experian 30(b)(6) Deposition witness deposed on January 3, 2013 - All facts regarding Plaintiff's Experian Credit reports, disputes, ACDV, Investigation Results and any and all documents produced pursuant to Subpoena in this

1

matter and any and all information regarding Ms. Iwanski's deposition testimony on January 3, 2013.

57. Bryan Alexander – Chase ACDV Operator - All facts regarding the ACDV received from Experian on or about June 9, 2010 and the response generated as a result of the investigation performed.

**II. Description of documents in possession of the Plaintiff.**

Other than those documents obtained from the Defendant in discovery, the Plaintiff has the following additional documents in her possession and control:

Plaintiff's Bate Stamp Nos. 001847 – 002689 – *Plaintiff's counsel will forward Plaintiff's Supplemental Bate Stamped Exhibits under separate cover*

| Document Type | Bate Stamp # |
|---|---|
| Experian Document Production per Subpoena – EXP-Bourdelais – 000001-000377 | 001847 – 002224 |
| Prime Lending Documents | 002225 - 002439 |
| Documents received from Kroll Factual Data pursuant to Subpoena KFD000001 – KFD000081 | 002440 - 002522 |
| Recorded Phone calls with Chase Employees and Transcription of these phone calls | 002523 - 002580 |
| Order of Absolute Divorce and Consent Order as to Property Distribution – St. Mary's County Maryland Circuit Court | 002581 - 002587 |
| October 10, 2012 Transcript of Hearing in St. Mary's County Maryland Circuit Court | 002588 – 002645 |
| Trust Agreement dated March 30, 2012 | 002646 - 002650 |
| Appraisal dated September 12, 2011 of 5705 Lake West Terrace, Glen Allen, VA 23059 | 002651 - 002664 |
| Letter dated January 5, 2013 from Carolyn Wallisch | 002665 |
| Records received pursuant to subpoena from Aquent with Authentication Affidavit of Kimberly Potter | 002666 - 002689 |

Plaintiff reserves the right to further supplement these disclosures.

**MICHELLE BOURDELAIS,**

      /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
E-mail: david.anthony@troutmansanders.com

Michael Edward Lacy
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Email: michael.lacy@troutmansanders.com

Nancy Renee Thomas
Morrison & Foerster, LLP
555 West Fifth Street
Suite 3500
Los Angeles, CA 90013
E-mail: nthomas@mofo.com

3

                          /s/
Leonard A. Bennett, Esq., VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com