IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHELLE BOUDELAIS,

    Plaintiff

v.                                               CIVIL NO. 3:10-cv-00670-HEH-DJN

JP MORGAN CHASE BANK, N.A.,
and CHASE HOME FINANCE, LLC.,

    Defendants,

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, **MICHELLE BOURDELAIS**, and the Defendants *JP MORGAN CHASE BANK, N.A. and CHASE HOME FINANCE, LLC.*, by counsel, and hereby moves the Court to dismiss with prejudice all claims against *JP MORGAN CHASE BANK, N.A. and CHASE HOME FINANCE, LLC.*, in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint against *JP MORGAN CHASE BANK, N.A. and CHASE HOME FINANCE, LLC.,* is DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this **20** day of **February** 2013.

                                              /s/
                                    Henry E. Hudson
                                    United States District Judge



RECEIVED FEB 19 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

WE ASK FOR THIS:

_/s/_

Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

    *Counsel for Plaintiff*

_/s/_

David Neal Anthony (VSB No. 31696)
Troutman Sanders, LLP
Troutman Sanders Bldg.
1001 Haxall Point
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-5410
Facsimile: (804) 698-5118
E-mail:  david.anthony@troutmansanders.com

    *Counsel for Defendants*